379 A.2d 596

Commonwealth v. Leeper, Appellant.

Submitted November 8, 1976.   Michael L. Stibich, Assistant Public Defender, for appellant;   Patrick T. Kiniry, Assistant District Attorney, and D. Gerard Long, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.